JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL ROSALES,<br>Plaintiff,<br>v.<br>LOS ANGELES COUNTY,<br>Defendant. | Case No. 2:23-cv-5464-CBM-E<br><br>**JUDGMENT** |

Consistent with the Court's Order re: Defendant's Motion for Total or Partial Summary Judgment, judgment is entered in favor of Defendant Los Angeles County and against Plaintiff Miguel Rosales.

DATED: October 23, 2026.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE